# Exhibit 2

February 8, 2018

To whom it may concern,

I am writing this letter on behalf of my sister, Nicole Bronson, in hopes that this will give you sense of who she is. We come from a large family. Our parents married young, had 5 children and divorced 13 years after being married. My mother was a single parent and worked a full-time job for the government and occasionally seasonal jobs. Growing up after my parents divorce was challenging. We moved out of our family home into one bedroom at a family friend's house. We went from having it all and our own space, to living in someone else's. Needless to say, it was an adjustment.

I'm the oldest of my parents children, then Nicole and her twin Noelle, Jasmine and Arielle. At a young age, we were taught how to take care of ourselves and our sisters. Older siblings always took care of the younger sisters. By the time Nicole was in high school, she was no longer living in my mother's house. To this day we share stories and compare what it was like growing up with sisters not living in the same house. We've all experienced different realities with our parents and experienced things differently than one another. These experiences have helped to add to or take away from relationships with our parents.

When sharing stories, other's experiences were harder than others, forcing us to deal with the reality of the choices that we've made. With Nicole in particular, she got pregnant at and young age with an older man who appeared to have it all. In reality, his lifestyle didn't match his financial ability to provide for their family. After having my niece, they struggled financially and Nicole was determined work hard to provide a financially comfortable lifestyle so they'd never have to struggle again. I guess you could stay that this is where her hustle was born.

Nicole creatively put together resumes and got jobs that provided her a comfortable financial package. Every job that followed has been better than the one before, financial packages and incentives better than the last. Nicole has become the jack of all trades, acquiring many talents that would generate additional income for her household from real estate to micro-blading. With these talents, Nicole has built her own businesses. In the last year, she's given it all up for marriage and to be a stay at home mother. This has been an adjustment because this goes against everything my mother taught us; to be independent and have your own money so that you don't have to depend on someone else to provide you with stability.

When I think about my sister, I think about money and finances. And that's because she's always been driven to provide for her family. She's always been the nurturer, the one that wants to make sure that her children, her sisters, her family are able to live comfortably, but also for us to be better. I hope that you will look at this letter and others you're receiving, and understand who Nicole is and what she means to others.


Qiana Bronson